IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MATT R. RASMUSSEN AND CAMMY C. RASMUSSEN,<br><br>                  Plaintiffs,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, a California corporation; SECURITY NATIONAL MORTGAGE, a Utah corporation,<br><br>                  Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:12-cv-1099-DN<br><br>District Judge David Nuffer |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells issued on April 10, 2013,[1] recommending that this Court: (1) grant the motion to dismiss filed by Defendant Wells Fargo Bank, N.A.[2] and (2) grant the motion to dismiss filed by Defendant Security National Mortgage.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). As of the date of this order, the Court has not received any objections to the Report and Recommendation from any of the parties.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), the Court has reviewed de novo all materials, including the record that was before the magistrate judge and the reasoning

---

[1] Docket no. 17.

[2] Docket no. 12, filed January 16, 2013.

[3] Docket no. 13, filed January 22, 2013.

set forth in the Report and Recommendation. The Court agrees with the analysis and conclusion of the magistrate judge, and will adopt the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation (docket no. 17) is ADOPTED.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Wells Fargo Bank, N.A. (docket no. 12) is GRANTED.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Security National Mortgage (docket no. 13) is GRANTED.

Signed May 1, 2013.

BY THE COURT

_____
David Nuffer
United States District Judge